921130

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-cv-2090 ADM/AJB Case Title: Sprint Spectrum L.P. v. City of Long Lake

## Affidavit of Movant

I, John Edward Connelly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Richard S. Nikchevich, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ☒ plaintiff ☐ defendant ___ in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 237656 | Nov 15, 2001 |
| Signature | MN Attorney License # | Date |

## Affidavit of Proposed Admittee

I, Richard S. Nikchevich, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Richard S. Nikchevich | [signature] | November 13, 2001 |
| Type/Print Name | Signature | Date |

Attorney License Number: Illinois -- 6195664

Law Firm Name & Address:

Barack Ferrazzano Kirschbaum Perlman & Nagelberg

333 West Wacker Drive, Suite 2700, Chicago, Illinois 60606

Telephone: (312) 984-3100

Motion Granted: [signature] NOV 19 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action