UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SPRINT SPECTRUM, L.P.,

Plaintiff,

v.

CITY OF LONG LAKE,

Defendant.

File No. 1-CV-2090

ADM/AJB

**STIPULATION AND ORDER**

The above-named parties by and through their respective counsel hereby stipulate that the court should enter an order continuing the time for Defendant to answer or otherwise respond until February 6, 2002.

Dated: 12/31/01

Christopher J. Dietzen (22858)
LARKIN, HOFFMAN, DALY
& LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
(952) 835-3800

Attorneys Defendant

Dated: 12/28/01

Daniel J. Connolly (197427)
John Edward Connelly (237656)
Faegre & Benson L.L.P.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorneys for Plaintiff

FILED JAN 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant has until February 6, 2002, to answer or otherwise respond to Plaintiff's Complaint.

Dated: 1/2/02

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

727459.1