**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **SPRINT SPECTRUM L.P.,**<br>a Delaware limited partnership,<br><br>Plaintiff,<br>v.<br><br>**CITY OF LONG LAKE,**<br>a Minnesota municipal corporation,<br><br>Defendant. | ) | File No. 1-CV-2090 ADM/AJB<br><br>**STIPULATION AND ORDER** |

The above-named parties, by and through their respective counsel, hereby stipulate that the Court may enter an order, in the form attached hereto, continuing the time for the parties to file their Rule 26(f) report and continuing the date for the Rule 16 conference until further notice, and ordering that the parties shall notify the Court in writing of the status of this matter and its settlement as soon as possible, but in no event later than June 6, 2002.

Dated: April 4, 2002

**BARACK FERRAZZANO KIRSCHBAUM PERLMAN & NAGELBERG LLC**

[signature]

Richard S. Nikchevich
(admitted *pro hac vice*)
Mark S. Bernstein
(*admitted pro hac vice*)
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 984-3100

-and –

APR 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Daniel J. Connolly (# 197427)
John Edward Connelly (#237656)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF SPRINT SPECTRUM L.P.**

Dated: April 5, 2002

**IVERSON REUVERS, LLC**

Paul Reuvers (# 217700)
230 Townline Office Plaza
8585 78th Street West
Bloomington, MN 55438

**ATTORNEYS FOR DEFENDANT CITY OF LONG LAKE**

## ORDER

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the Rule 26(f) report and the Rule 16 conference in the above-captioned matter shall be continued until further notice, and **IT IS FURTHER ORDERED** that the parties shall notify the Court in writing of the status of this matter and its settlement as soon as possible, but in no event later than June 6, 2002.

Dated: 4/8/02

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge