**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **SPRINT SPECTRUM L.P.,** a Delaware limited partnership, Plaintiff, | ) | File No. 1-CV-2090 ADM/AJB |
| v. | ) | ADM/AJB |
| **CITY OF LONG LAKE,** a Minnesota municipal corporation, Defendant. | ) | ORDER OF DISMISSAL |

**ORDER**

The foregoing stipulation is APPROVED and it is hereby ORDERED that the above-captioned Litigation is dismissed with prejudice and on the merits, with each side to bear its own attorneys' fees and costs.

Dated: October 1, 2002

BY THE COURT:

The Honorable Ann D. Montgomery
Unites States District Court Judge

140896_2



FILED OCT 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **SPRINT SPECTRUM L.P.,**<br>a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF LONG LAKE,**<br>a Minnesota municipal corporation,<br><br>Defendant. | ) | File No. 1-CV-2090<br><br>ADM/AJB<br><br>STIPULATION AND ORDER OF DISMISSAL |

STIPULATION FOR DIMISSAL
OF LITIGATION WITH PREJUDICE

WHEREAS, Plaintiff listed above has filed the above-captioned action ("Litigation") against the above-named Defendant; and

WHEREAS, the Complaint in the Litigation seeks relief for claims against Defendant arising out of the denial of a zoning permit for a communications facility located at 1310 West Wayzata Boulevard, Long Lake, Minnesota; and

WHEREAS, the Defendant has entered into a lease with Plaintiff for an alternative site and Defendant has issued all necessary zoning and building permits for Plaintiff's communications facility thereon.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the above-named parties that the Litigation is dismissed with prejudice, with each party bearing its own attorneys' fees and costs from the Litigation.



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 25, 2002

APPROVED:

By: ______________________
Attorney for Defendant

Paul D. Reuvers (#217700)
IVERSON REUVERS, LLC
230 Townline Office Plaza
8585 78th Street West
Bloomington, MN 55438

APPROVED:

By: ______________________
Attorney for Plaintiff

Richard S. Nikchevich
(*admitted pro hac vice*)
Mark S. Bernstein
(*admitted pro hac vice*)
Steven J. Yatvin
(*admitted pro hac vice*)
BARACK FERRAZZANO KIRSCHBAUM
PERLMAN & NAGELBERG LLC
333 West Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 984-3100

-and-

Daniel J. Connolly (#197427)
John Edward Connelly (#237656)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

[Dismissal Order on Next Page]